Mojdeh Malekan, Esq.
**HASBANI & LIGHT, P.C.**
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (212) 643-6677
mmalekan@hasbanilight.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON PT CORPORATION, | Case No: 2:19-cv-02380-LDH-SIL |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| GARY PARKER, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Plaintiff, Wilmington PT Corporation, in the above-entitled action. I am admitted or otherwise authorized to practice in this court.

Dated: New York, New York
November 22, 2022

*/s/ Mojdeh Malekan, Esq.*
Mojdeh Malekan, Esq.