UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
WILMINGTON PT CORP.,

|  |  |  |
|---|---|---|
|  | Plaintiff, | Civil Action No.<br>2:19-cv-02380-LDH-SIL |
| -against- |  | **DECLARATION OF JACOB TEBELE, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| GARY PARKER, |  |  |
|  | Defendant. |  |

--------------------------------------------------------------------------X

**JACOB E. TEBELE** declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am over the age of 18 years and I am not a party to this action.  I am an attorney with the law firm of Houser LLP, attorneys for non-party, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC ("PHH").

2.      PHH herein and hereby responds to the motion to compel ("Motion") filed by plaintiff Wilmington PT Corp. ("Plaintiff").

3.      PHH is in receipt of the subpoena which defendant Gary Parker ("Defendant") issued to Ocwen Loan Servicing, LLC, as well as the Motion filed on December 1, 2022 (Dkt #51).

4.      PHH has just retained counsel on December 8, 2022.  PHH, through new counsel, is expeditiously investigating the subject subpoena and the documents requested therein.  PHH has been in contact with Defendant Parker to meet and confer regarding the matter and to explain that it will respond to the subpoena.

5.      At this point, PHH is still in the process of completing its investigation regarding whether it has any responsive documents.  PHH intends to respond to Defendant's subpoena.

6.      PHH will supplement this response if necessary depending on further meet and confer discussions with Defendant which PHH expects to have the week of December 12, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
          December 9, 2022

                                        **HOUSER LLP**

                                        /s/ *Jacob Tebele*
                                        Jacob Tebele, Esq.
                                        *Attorneys for non-party PHH Mortgage*
                                        *Corporation, successor by merger to Ocwen Loan*
                                        *Servicing, LLC*
                                        60 East 42nd Street, Suite 2330
                                        New York, New York 10165
                                        (212) 490-3333